**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vernon STEED, Petitioner.**

Supreme Court of Pennsylvania.

April 13, 2009.

## ORDER

PER CURIAM.

AND NOW, this 13th day of April, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**